**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**DEMETRIUS LETRON HEARD**                                              **PETITIONER**
**ADC #601345**

VS.                              **CASE NO.: 5:11CV00218 SWW/BD**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                        **RESPONDENT**

**RECOMMENDED DISPOSITION**

I.   **Procedure for Filing Objections**

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge Susan Webber Wright.  Mr. Heard – or any party – may file written objections to this Recommendation.

Objections must be specific and must include the factual or legal basis for the objection.  An objection to a factual finding must identify the finding of fact believed to be wrong and describe the evidence that supports that belief.

An original and one copy of objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.  A copy will be furnished to the opposing party.

If no objections are filed, Judge Wright can adopt this Recommendation without independently reviewing all of the evidence in the record.  By not objecting, you may also waive any right to appeal questions of fact.

Mail your objections and "Statement of Necessity" to:

>    Clerk, United States District Court
>    Eastern District of Arkansas
>    600 West Capitol Avenue, Suite A149
>    Little Rock, AR 72201-3325

**II.     Background**

On August 26, 2011, Demetrius Letron Heard, an Arkansas Department of Correction inmate proceeding pro se, filed a petition for writ of habeas corpus under 28 U.S.C. § 2254. (docket entry #1) Mr. Heard did not pay the $5.00 statutory filing fee or submit a motion for leave to proceed *in forma pauperis*. On August 29, 2011, the Court entered an order (#2) granting him thirty days to pay the filing fee or file a motion for leave to proceed *in forma pauperis*. In the order, the Court notified Mr. Heard that failure to comply with the Court's order would result in dismissal of his case under Local Rule 5.5(c)(2) and the Federal Rules of Civil Procedure.

Mr. Heard has not paid the filing fee or filed a motion for leave to proceed *in forma pauperis* within the time allowed by the Court's order.

**III.    Conclusion**

The Court recommends dismissal of the petition for writ of habeas corpus, without prejudice, under Local Rule 5.5(c)(2), for failure to comply with the Court's Order of August 29, 2011.

DATED this 7th day of October, 2011.

_____
UNITED STATES MAGISTRATE JUDGE