# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DEMETRIUS LETRON HEARD**     **PETITIONER**
**ADC #601345**

**VS.**　　　　　**CASE NO.: 5:11CV00218 SWW/BD**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**     **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby granted in favor of Respondent Ray Hobbs. Demetrius Letron Heard's 28 U.S.C. § 2254 petition for writ of habeas corpus is DENIED, and this case is dismissed, without prejudice.

IT IS SO ORDERED this 26th day of October 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE